UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SHMUEL STOLLMAN and ELISA STOLLMAN, *on*  :
*behalf of their infant children E.S. and L.S.*,  :
:
                        Plaintiffs,  :       20-CV-8937 (JPC)
:
       -v-  :       <u>ORDER</u>
:
LAKEASHA WILLIAMS et al.,  :
:
                       Defendants.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties are reminded that they are ordered to appear before the undersigned for an Initial Pretrial Conference ("IPTC") on February 3, 2021, at 12:00 p.m. (Dkt. 17). Pursuant to the Court's Notice of Reassignment, which scheduled the original Initial Pretrial Conference, the parties were directed to file both a proposed Civil Case Management Plan and a joint letter no later than seven days prior to the IPTC. (Dkt. 7). To date, the parties have submitted neither. The parties are hereby ORDERED to submit these filings by no later than February 2, 2021 at 5:00 p.m.

      SO ORDERED.

Dated: January 29, 2021
      New York, New York

                                                   JOHN P. CRONAN
                                                 United States District Judge