UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SHMUEL STOLLMAN and ELISA STOLLMAN,
*on behalf of their infant children E.S. and L.S.*,

                Plaintiffs,

    - against -                              ORDER

LAKEASHA WILLIAMS, MIRIAM ORTIZ-DOWNES,
GLENN HYMAN, KAI HAYES, EDWARD O'CONNOR,   20-CV-8937 (PAE)(KNF)
ANNEMARIE FUSCHETTI, KEREN ENNETTE,
CARMELA MONTANILE, EBONY RUSSELL,
TONYA WHEELOCK, and CITY OF NEW YORK,

                Defendants.

-----------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that on or before May 11, 2021, the defendants shall file their response to the letter appearing at Docket Entry No. 23.

Dated:  New York, New York              SO ORDERED:
          May 7, 2021

                                                          _____
                                                           KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE