UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHMUEL STOLLMAN and ELISA
STOLLMAN, individually and on behalf of
their infant children ES and LS,

                  Plaintiffs,                  **ORDER**

       -against-                  20-CV-8937 (JPC)(KNF)

LAKEASHA WILLIAMS, MIRIAM
ORTIZ-DOWNES, GLENN HYMAN,
KAI HAYES, EDWARD O'CONNOR,
ANNEMARIE FUSCHETTI, KEREN
ENNETTE, CARMELA MONTANILE,
EBONY RUSSELL, TONYA
WHEELOCK, and CITY OF NEW YORK,

                  Defendants.
-------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On or before June 4, 2021, the parties shall submit a joint writing to the Court that addresses the disputes outlined in the plaintiffs' letter appearing at Docket Entry No. 30. The letter shall comply with Rule 2(A) of the Court's Individual Rules of Practice. The parties are reminded that failure to comply with a court order may result in sanctions.

Dated: New York, New York        SO ORDERED:
       June 2, 2021

                                                _Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE