UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHMUEL STOLLMAN and ELISA
STOLLMAN, individually and on behalf of
their infant children ES and LS,

                Plaintiffs,                     **ORDER**

      -against-                         20-CV-8937 (JPC)(KNF)

LAKEASHA WILLIAMS, MIRIAM
ORTIZ-DOWNES, GLENN HYMAN,
KAI HAYES, EDWARD O'CONNOR,
ANNEMARIE FUSCHETTI, KEREN
ENNETTE, CARMELA MONTANILE,
EBONY RUSSELL, TONYA
WHEELOCK, and CITY OF NEW YORK,

                Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Court has reviewed the parties' letter appearing at Docket Entry No. 33. Based on the representations made in that letter, the defendants are directed to: 1) tender a privilege log to the plaintiffs expeditiously for any material withheld from disclosure based on privilege; and 2) advise the Court in writing, on or before June 17, 2021, whether they have provided to the plaintiffs all material responsive to the plaintiffs' discovery demands. This order resolves Docket Entry No. 33.

Dated: New York, New York         SO ORDERED:
       June 14, 2021

                                            _Kevin Nathaniel Fox_
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE