UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHMUEL STOLLMAN and ELISA STOLLMAN,
*on behalf of their infant children E.S. and L.S.*,

                      Plaintiffs,

        - against -                                        ORDER

LAKEASHA WILLIAMS, MIRIAM ORTIZ-DOWNES,
GLENN HYMAN, KAI HAYES, EDWARD O'CONNOR,    20-CV-8937 (PAE)(KNF)
ANNEMARIE FUSCHETTI, KEREN ENNETTE,
CARMELA MONTANILE, EBONY RUSSELL,
TONYA WHEELOCK, and CITY OF NEW YORK,

                      Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 13, 2021, at 4:30 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                        SO ORDERED:
           July 6, 2021

                                                         _/s/ Kevin Nathaniel Fox_____
                                                         KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE