UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHMUEL STOLLMAN and ELISA STOLLMAN, individually and on behalf of their infant children ES and LS,

                Plaintiffs,               **REDACTED ORDER**

      -against-                     20-CV-8937 (JPC)(KNF)

LAKEASHA WILLIAMS, MIRIAM ORTIZ-DOWNES, GLENN HYMAN, KAI HAYES, EDWARD O'CONNOR, ANNEMARIE FUSCHETTI, KEREN ENNETTE, CARMELA MONTANILE, EBONY RUSSELL, TONYA WHEELOCK, and CITY OF NEW YORK,

                Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In his Reply Declaration in Support of Motion to Compel Discovery, David J. Lansner, Esq., counsel to the plaintiffs, asserts that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Docket Entry No. 48. On or before October 22, 2021, the plaintiffs shall file the entirety of each deposition transcript under seal. The plaintiffs shall indicate to the Court the page numbers of the relevant testimony described above. The

1

plaintiffs shall comply with Rule 4 of the undersigned's Individual Rules of Practice and ECF Rules & Instructions, section 6, with respect to filing documents under seal electronically.

Dated: New York, New York
October 19, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE