UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHMUEL STOLLMAN and ELISA
STOLLMAN, individually and on behalf of
their infant children ES and LS,

                    Plaintiffs,                    **ORDER**

        -against-                    20-CV-8937 (JPC)(KNF)

LAKEASHA WILLIAMS, MIRIAM
ORTIZ-DOWNES, GLENN HYMAN,
KAI HAYES, EDWARD O'CONNOR,
ANNEMARIE FUSCHETTI, KEREN
ENNETTE, CARMELA MONTANILE,
EBONY RUSSELL, TONYA
WHEELOCK, and CITY OF NEW YORK,

                    Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 18, 2021, at 4:00 p.m.  All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

      **Counsel to the plaintiffs is directed to serve a copy of this order on Safe Horizon, Inc., and file proof of such service with the Clerk of Court.**

Dated: New York, New York                    SO ORDERED:
       November 15, 2021

                                                             _/s/ Kevin Nathaniel Fox_
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE