UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SHMUEL STOLLMAN *et al.*,                         :
:
                Plaintiffs,          :
:    20 Civ. 8937 (JPC) (KNF)
   -v-                                                  :
:    ORDER
LAKEASHA WILLIAMS *et al.*,                   :
:
                Defendants.      :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 2, 2021, Plaintiffs filed Objections to a November 18, 2021 Order the Honorable Kevin Nathaniel Fox. Dkt. 83. Safe Horizon shall oppose by December 17, 2021, and Plaintiffs shall reply, if at all, by December 27, 2021.

      SO ORDERED.

Dated: December 3, 2021
      New York, New York
                                                     JOHN P. CRONAN
                                                     United States District Judge