**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SHMUEL STOLLMAN and
ELISA STOLLMAN, *et al.*,

                                     Plaintiffs,               **ORDER**

                                       **20-CV-8937 (JPC) (JW)**
              -against-

LAKEASHA WILLIAMS, *et al.*,

                                   Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 6, 2022 the Parties submitted a joint status letter to Judge Cronan. Dkt. No. 99. In that status letter, Defendants requested a settlement conference. Under the referral order in this case, I am available to assist with settlement in this matter. Dkt. No. 24.

Should the parties wish to proceed with settlement, they are directed to contact Courtroom Deputy Christopher Davis by **June 21, 2022** via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in the two-week period following July 10th. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and

prepare pre-conference submissions in accordance with Judge Willis's Individual

Practices.

    SO ORDERED.

DATED:    New York, New York
        June 7, 2022

                            _____
                            JENNIFER E. WILLIS
                            United States Magistrate Judge