**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHMUEL STOLLMAN and
ELISA STOLLMAN, *et al.*,

                       Plaintiffs,         **ORDER**

                                                              20-CV-8937 (JPC) (JW)

        -against-

LAKEASHA WILLIAMS, *et al.*,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On July 1, 2022 the Parties submitted a letter requesting the adjournment of the settlement conference currently scheduled for July 21, 2022. Dkt. No. 103. The Parties are instructed to contact Courtroom Deputy Christopher Davis by **July 8, 2022** via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates between September 6-15, 2022. The conference will still be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               July 5, 2022

                                                                  _____
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge