UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHMUEL STOLLMAN and
ELISA STOLLMAN, *et al.*,

                                Plaintiffs,           **ORDER**

                                                          **20-CV-8937 (JPC) (JW)**
                 -against-

LAKEASHA WILLIAMS, *et al.*,

                                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 6, 2022 the Parties submitted a letter to the Court. Dkt. No. 99. In that letter, Defendants requested that the Court schedule a settlement conference, and that any pre-motion letters be due two weeks after any settlement conference. Id. A settlement conference was subsequently scheduled to take place on July 21, 2022. On July 1, 2022, Defendants requested an adjournment of the settlement conference. Dkt. No. 103. The conference was adjourned to September 8, 2022. On September 6, 2022, after failing to submit their pre-conference letter in accordance with this Court's Individual Rules, Defendants filed a motion to cancel the settlement conference, stating that they have reconsidered their position on settlement. Dkt. No. 108. Plaintiffs oppose the request, and allege that it was not made in good faith. Dkt. No. 109.

      The Court does not think that proceeding with settlement when one party has stated they are not interested in doing so is an efficient use of judicial resources. In light of this, the settlement conference scheduled for September 8, 2022 is adjourned

*sine die*.  In accordance with the Parties' letter dated June 6, 2022, pre-motion letters for any anticipated motions are due in two weeks, on **September 22, 2022**.

    SO ORDERED.

DATED:   New York, New York
             September 7, 2022

                                          */s/ Jennifer E. Willis*
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge