

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY M. JOYCE**
(212) 356-2650
FAX: (212) 356-0809
kjoyce@law.nyc.gov

September 22, 2022

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, N.Y. 10007

Re: Stollman, et. al., v. Williams, et. al., 20-cv-08937 (JPC)(JW)

Your Honor:

I am a Senior Counsel in the Office of the New York Corporation Counsel and the attorney assigned to replace former counsel Copatrick Thomas in July 2022 in the above referenced matter on behalf of Defendants. In that capacity I respectfully submit this request for a brief extension of time until Friday, September 30, 2022, to submit Defendants' pre-motion conference letter, which date was ordered by Magistrate Judge Willis on September 7, 2022 (Dkt. 110). Plaintiffs' counsel graciously consented to this request by email communication earlier today.

The undersigned is seeking this extension for various reasons, both personal and professional, including the fact that I was unexpectedly out of the office for a few days earlier this week and also due to competing case assignments. This is the undersigned's first request for an extension and will not impact any other dates in this matter as discovery is complete.

1

I thank the Court for its time and consideration of the herein request for a brief extension of time to submit the Defendants' pre-motion conference letter until Friday, September 30, 2022.

Respectfully submitted,

*Kimberly Joyce /s/*

Kimberly Joyce

cc: All Counsel (By ECF)

This request is granted.  Defendants shall submit their pre-motion letter by September 30, 2022.

SO ORDERED.
Date: September 23, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge