

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY M. JOYCE**
**(212) 356-2650**
FAX: **(212) 356-0809**
kjoyce@law.nyc.gov

December 2, 2022

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Stollman, et al., v. Williams, et. al.,</u>
20-cv-08937 (JPC)(JW)

Your Honor:

I am a Senior Counsel in the Office of the New York Corporation Counsel and the attorney assigned to the above referenced matter on behalf of defendants. I respectfully submit this letter requesting that the briefing schedule for the parties' partial motions for summary judgment, which was endorsed by the Court on October 12, 2022 (Dkt. 118), be amended as set forth below. Plaintiffs' counsel Mr. Davis Lansner graciously consented to this request.

The undersigned is proposing the following briefing schedule:

- Parties' motions for partial summary judgment shall be due by January 4, 2023;
- Parties' oppositions shall be due by March 6, 2023;
- Parties' reply shall be due by March 20, 2023;

The reason for the requested relief is due to a personal family emergency of the undersigned, which has necessitated my having to take a brief leave of absence from work to be caregiver to a parent recovering from a hospitalization, who at the moment cannot live alone or drive. This is the first request for an extension of the briefing schedule.

I thank the Court for its time and consideration of the herein matter.

1

Respectfully submitted,

*Kimberly Joyce /s/*

Kimberly Joyce

The request is granted.  The parties shall file their motions for partial summary judgment by January 4, 2023; they shall file their oppositions by March 6, 2023; and they shall file their replies by March 20, 2023.

SO ORDERED
Date: December 5, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2