UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHMUEL STOLLMAN et al.,

                    Plaintiffs,                    20 **CIVIL** 8937 (JPC)

     -against-                             **JUDGMENT**

LAKEASHA WILLIAMS et al.,

                    Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 27, 2023, the Court denies Plaintiffs' motion for partial summary judgment and grants Defendants' motion for summary judgment. The Court dismisses with prejudice all of Plaintiffs' federal claims and dismisses without prejudice all their state law claims, over which the Court declines to exercise supplemental jurisdiction. Judgment is entered in favor of Defendants and the case is closed.

**Dated:**  New York, New York
         September 27, 2023

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                   **BY:**

                                                      **Deputy Clerk**